STATE OF NEW JERSEY v. MARK T. JONES.

January 29, 1976.  Petition for certification denied.

STATE OF NEW JERSEY v. TED AND JOAN LAND.

January 29, 1976.  Petition for certification granted. (See 136 *N. J. Super.* 354).

STATE OF NEW JERSEY v. WILLIAM FORTNER.

January 29, 1976.  Petition for certification denied.

STATE OF NEW JERSEY v. NICHOLAS VALVANO.

January 29, 1976.  Petition for certification denied.

STATE OF NEW JERSEY v. DEBORAH DELL.

January 29, 1976.  Petition for certification denied.

STATE OF NEW JERSEY v. FRANCISCO DIAZ.

January 29, 1976.  Petition for certification denied.